UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br><br>Kenneth Robinson,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>) | No. 4:25-CR-462 MAL |

**MEMORANDUM AND ORDER**

Before the Court is Defendant's Motion to Continue Plea Hearing (Doc. 53). The plea hearing is currently set for September 24, 2026. Counsel states additional time is needed to allow him to consult with Defendant about new information received, which may affect Defendant's determination about whether to accept the plea agreement. The Government does not oppose Defendant's motion.

For the reasons stated in Defendant's motion, the Court finds that to deny Defendant's request for a continuance "would deny counsel . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv), and that "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Continue Plea Hearing (Doc. 53) is **GRANTED**. The plea hearing is reset for September 30, 2026 at 3pm. The time between September 24, 2026, and September 30, 2026 is excluded from the computation of time under the Speedy Trial Act for the reasons discussed above.

Further, it is **HEREBY ORDERED** that the time between September 16, 2026, and September 24, 2026 is excluded from the computation of time under the Speedy Trial Act because there was a dispute about the facts in the plea agreement. Therefore, failing to grant a continuance "would deny counsel . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv),

and "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

Dated this 24th day of September, 2026.

Maria A. Lanahan

MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE